## AFFIDAVIT OF ANA HURST

STATE OF ARKANSAS    )
                           )ss

COUNTY OF PULASKI    )

On this 31st day of August, 2010, I, Ana Hurst, having been duly sworn, do state the following on oath:

1.     I am the controller of Fletcher Automotive No. 20, LLC d/b/a Fletcher Chrysler Dodge Jeep ("Fletcher Chrysler"), Fletcher Automotive No. 21, LLC d/b/a Fletcher Hyundai ("Fletcher Hyundai") and Fletcher Automotive No. 22, LLC d/b/a Frank Fletcher Imports ("Fletcher Imports"). Fletcher Hyundai and Fletcher Imports operate out of facilities that are basically adjacent to the Fletcher Chrysler facilities in Joplin, Missouri. Both Fletcher Hyundai and Fletcher Imports are wholly owned by Fletcher Chrysler. I have been the controller of Fletcher Chrysler since August 1, 2007. I have personal knowledge of the information contained in this affidavit.

2.     Kellie Kemp was employed by Fletcher Chrysler from April 7, 2008, to January 8, 2010. Ms. Kemp was employed as a salesperson.

3.     Ms. Kemp received at least two employee handbooks during her employment with Fletcher Chrysler and signed acknowledgments for both handbooks. The handbooks make clear that her employer was Fletcher Chrysler. Pertinent portions of the June 2009 handbook, including her signed acknowledgment form, are attached hereto as Attachment "1".

4.     Ms. Kemp was required to punch a time card in order to keep up with the hours she worked for Fletcher Chrysler. Each salesperson at Fletcher Chrysler keeps up with his/her time worked by punching a time card at any one of the three time-card machines located in the Fletcher Chrysler facility. Sample time cards from Ms. Kemp are attached hereto collectively as Attachment "2". Each week, Fletcher Chrysler pays its salespersons, at the very least, minimum wage based on the hours reflected on the time cards punched by the salespersons. The importance of keeping accurate time cards is emphasized to all salespersons. Each week, the time cards are reviewed and the hours

**EXHIBIT**

A

and pay calculated under my supervision.  Salespersons for Fletcher Chrysler are certainly expected to make more than minimum wage based on commissions, but they are always paid at least minimum wage.  The original time cards for salespersons employed by Fletcher Chrysler are maintained at Fletcher Chrysler.

5.      Immediately following her termination, Ms. Kemp filed a claim for unemployment benefits.  Ms. Kemp properly filed her claim against Fletcher Chrysler.  A copy of the pertinent unemployment documents are attached hereto as Attachment "3".

6.      As the plaintiff's employer, Fletcher Chrysler provided Ms. Kemp with numerous benefits (including, but not limited to, holiday pay, vacation leave, sick leave, FMLA leave, bereavement leave, military leave, jury-duty leave and workers-compensation coverage).

7.      Fletcher Chrysler controls hiring and firing its employees, as well as the manner in which work is performed by its employees.

8.      Fletcher Chrysler employees can, and sometimes do, work for Fletcher Hyundai and Fletcher Imports.  Ms. Kemp did some limited work for Fletcher Hyundai during her employment with Fletcher Chrysler.

Further, affiant sayeth naught.

_____
ANA HURST

STATE OF MISSOURI      )
                       )ss
COUNTY OF JASPER       )

SUBSCRIBED and sworn to before me this 31st day of August, 2011.

STEPHANIE HAMLIN
NOTARY PUBLIC
My Commission Expires
June 1, 2014
Jasper County
Commission #10979672

_____
NOTARY PUBLIC

MY COMMISSION EXPIRES:
June 1, 2014

2

# FLETCHER CHRYSLER DODGE JEEP

## EMPLOYEE HANDBOOK

ISSUE DATE: JUNE 2009

EXHIBIT

1

To All Employees of Fletcher Chrysler Dodge Jeep:

The Employee Handbook was prepared for all employees of Fletcher Chrysler Dodge Jeep ("Company"). The handbook was developed to describe the personnel policies and procedures of the Company, as well as to outline the programs and benefits available to eligible employees. You should familiarize yourself with the contents of the employee handbook as soon as possible, because it will answer many questions about your employment with the Company.

The policies set forth in this handbook do not create contractual rights in favor of the employee. Rather, the policies set forth herein represent the unilateral expression of the Company's policies, issued for the employees' guidance. The Company may, at any time, amend or delete the policies. When possible, advance notice will be provided to the employees. This handbook does not create an employment contract, term of employment, or in any way limit the reasons for dissolution of the employment relationship. None of the information contained in the handbook is intended, by reason of its publication, to confer any rights or privileges in favor of the employee, to entitle the employee to be or remain employed by the Company or to alter the employee's status as an "at-will" employee.

To our employees of many years, thank you for your dedication. To our new employees, welcome to Fletcher Chrysler Dodge Jeep and much success in your career. We hope that your experience will be challenging, enjoyable and rewarding.

Frank Fletcher, Jr.

Kellie Kemp

## EMPLOYEE ACKNOWLEDGMENT FORM

The Employee Handbook describes important information about Fletcher Chrysler Dodge Jeep. I have entered into my employment relationship with the Company voluntarily and acknowledge that there is no specified length of employment. Accordingly, either I or the Company can terminate the relationship at will, with or without cause, at any time.

Since the information, policies, and benefits described herein are necessarily subject to change, I acknowledge that revisions to the handbook may occur. I further understand that revised information may supersede, modify, or eliminate existing policies, and that only the President or CFO of Fletcher Chrysler Dodge Jeep has the authority to adopt any revisions to the policies in this handbook.

I acknowledge that this handbook is neither a contract of employment nor a legal document. I have received the handbook and understand that it is my responsibility to read and comply with the policies contained in this handbook and any revisions made thereto.

This handbook replaces and supercedes all handbooks issued prior to June of 2009.

EMPLOYEE'S NAME (printed): KELLIE J. KEMP

EMPLOYEE'S SIGNATURE: _Kellie J. Kemp_

DATE: 08/28/09

HANDBOOK ISSUE DATE: JUNE 2009

ii

**101 Nature of Employment**

Employees of the Company have voluntarily entered into their employment.  They are "at will" employees. Employees are free to resign at any time, with or without notice or cause. Similarly, the Company may terminate the employment relationship at any time, with or without notice or cause, so long as there is no violation of applicable federal or state laws.

Policies set forth in this handbook are not intended to create a contract, nor are they to be construed to constitute contractual obligations of any kind or a contract of employment between the Company and any of its employees. The provisions of this handbook have been developed, and may be amended or canceled at any time, at the Company's sole discretion.

These provisions supersede existing policies and practices and may not be amended or added to without the express written approval of the President or CFO of the Company.

**102 Employee Relations**

If employees have concerns about work conditions or compensation, they are strongly encouraged to voice these concerns openly and directly to the General Manager.  Our experience has shown that when employees deal openly and directly with their supervisors, the work environment can be excellent, communications can be clear, and attitudes can be positive. We believe that the Company amply demonstrates its commitment to employees by responding effectively to employee concerns.  In an effort to protect and maintain direct employer/employee communications, we will resist organization, within applicable legal limits, and protect the right of employees to speak for themselves.

**103 Equal Employment Opportunity**

In order to provide equal employment and advancement opportunities to all individuals, employment decisions at the Company will be based on merit, qualifications, performance, and abilities. The Company does not discriminate in employment opportunities or practices on the basis of race, color, religion, sex, national origin, age, disability or any other characteristic protected by law.

Any employee with questions or concerns about any type of discrimination in the workplace should promptly bring these issues to the attention of the General Manager, Joel Bradley of the Human Resources Department ((501) 562-1000) or Tom Roy (CFO) ((501) 834-7700). Employees can raise concerns and make reports without fear of reprisal. Anyone found to be engaging in any type of unlawful discrimination will be subject to disciplinary action, up to and including termination of employment.

1

Anyone absent for two consecutive workdays without notifying his/her supervisor will be considered to have abandoned and voluntarily quit his/her job and will be removed from the payroll. Anyone who leaves the job during work hours without notifying their supervisor will be considered to have abandoned and voluntarily quit his/her job and will be removed from the payroll.

## 206 Timekeeping

The Company maintains accurate time records in order to calculate employee pay and benefits. Unless otherwise notified, each employee must record his/her hours of work for the Company by punching a time card or by scanning an electronic badge. Non-exempt employees must accurately record all the hours they work to ensure that they are properly paid as required by law. You will be informed on your first day of work as to the method of timekeeping.

Any changes or corrections to your time card or record must be initialed by you and the General Manager. Under no circumstances may any employee punch another employee's time card or falsify his/her own or another employee's record. Altering, falsifying or tampering with time records, or recording time on another employee's time record, will result in disciplinary action, up to and including termination of employment.

The following rules apply to the use of the time clock:

- You should arrive at work early enough to clock in and begin work precisely at your scheduled starting time. Without prior approval from management, non-exempt employees are not permitted to voluntarily begin work before their starting time or remain after their scheduled finishing time. No overtime, no matter how slight, may be worked without prior management approval.

- Non-exempt employees must clock in and out for all meal breaks. In the event you need to leave the facility for personal reasons, you must receive permission from your supervisor and correctly record the time you leave and the time you return.

- As a general rule, you should clock in and out within 10 minutes of your starting and finishing times.

## 207 Break Periods

No eating or drinking is permitted at any time in work areas. Employees are required to use the facilities provided for these purposes during their break periods and meal periods.

7

*Kelli Kemp* (signature)

*Kelli Kemp* (signature)

8.75 {
7.77 '08 JUL 28  7:46AM
6.52 '08 JUL 28  4:31PM
}

9.32 {
10.78 '08 JUL 29 10:47AM
20.10 '08 JUL 29  8:06PM
}

9.20 {
7.80 '08 JUL 31  7:48AM
7.00 '08 JUL 31  5:00PM
}

7.87 {
12.08 '08 AUG 1 12:05PM
9.95 '08 AUG 1  7:57PM
}

10.64 {
7.83 '08 AUG 2  7:30AM
18.47 '08 AUG 2  6:28PM
}

45.78

EXHIBIT
2

No.

KELLIE J KEMP
NAME
4·20
WEEKENDING

| | | | | | |
|---|---|---|---|---|---|
| 8.96 | In | Monday | 796 | '09 APR 20 | 7:58AM |
| | Out | | 16/2 | '09 APR 20 | 4:53PM |
| 7.96 | In | Tuesday | 1.20# | '09 APR 21 | 12:02PM |
| | Out | | | | |
| | In | | | | |
| | Out | | 2:44 | '09 APR 21 | 8:40PM |
| 6.58 | In | Wednesday | 786 | '09 APR 22 | 7:53AM |
| | Out | | | | |
| | In | | | | |
| | Out | | | | |
| | In | Thursday | 14 2 | '09 APR 22 | 2:52PM |
| | Out | | | | |
| | In | | 1170 | '09 APR 24 | 11:42AM |
| | Out | | | | |
| | In | Friday | 842 | | |
| | Out | | 2012 | '09 APR 24 | 8:07PM |
| | In | | | | |
| | Out | | | | |
| | In | Saturday | 786 | '09 APR 25 | 7:52AM |
| | Out | | | | |
| | In | | 1042 | | |
| | Out | | | | |
| | In | Sunday | 1828 | '09 APR 25 | 6:17PM |
| | Out | | | | |
| | In | | | 42.74 | |
| | Out | | | | |

9084A

MISSOURI DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS
# DIVISION OF EMPLOYMENT SECURITY

NOTICE TO BASE PERIOD EMPLOYER OF CLAIM FILED FOR UNEMPLOYMENT BENEFITS

DATE MAILED: 01-11-10

BEN
EMPLOYER: 018265-0-097-0000
FLETCHER AUTOMOTIVE NO.  20, L
6301 FORBING RD
LITTLE ROCK   AR  72209-3533

DIRECT INQUIRIES OR PROTEST TO:

MO DIV OF EMPLOYMENT SECURITY
P O BOX 3915
JEFFERSON CITY MO   65102
FAX (573) 751-2009

CLAIMANT NAME: KELLIE     KEMP
SSN: 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
BENEFIT YEAR BEGINNING DATE: 01-03-10

2293  51594477920100103l

The claimant named above has filed a claim for unemployment benefits.  Our records show you reported paying wages to the claimant during the base period of the claim.  The wages for each calendar quarter that our records show you reported are as follows:  $5715.64  qtr 4/08,  $4986.14  qtr 1/09, $6881.76  qtr 2/09,  $6583.73  qtr 3/09.  Your account may be subject to charges for benefits that may be paid. You can identify the claimant by checking the social security number against your payroll records. If the claimant name on this notice does not match your record, there may have been a name change or the spelling is different.

Benefits will be paid if the claimant is not disqualified. If you have information which you believe may justify the denial of benefits, it must be reported in writing to the address above no later than 01-21-10. If you send your protest by fax, it must be received by midnight Central Time on the date shown above, or it will be considered late. Use the reverse side of this form for filing your protest. If you are filing a protest using a company form or letterhead, this notice must be returned with your protest.

If you are protesting using your own form or letterhead, you must include your Missouri employer account number, the claimant's name and social security number on your protest, as well as the other information requested on the reverse side of this form. Lack of work is not a reason to protest payment of benefits. A quit, discharge, suspension, leave of absence, job refusal, labor dispute or payment such as holiday, vacation, W.A.R.N. pay or pension are some reasons to file a protest. You may also file a protest if you have information the claimant is not physically able to work, available for work, or actively seeking work. You may be asked to furnish additional statements after the claimant information is received.

MODES-2293 (03-06) U.I.PRG DES-BIC113A

--over--

EXHIBIT

3

EMPLOYER: 018265-0-097-0000
FLETCHER AUTOMOTIVE NO. 20, L
DATE MAILED: 01-11-10

CLAIMANT: K KEMP
SSN: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
BYB:01-03-10



2293  51594477920100103l

> You may request to be notified if this claim is renewed at a later date.
> Any request for a subsequent notice must be in writing to the address
> shown on the front page.

If your only objection to this notice is that the amount of the wages reported
on the front is incorrect, instead of sending the protest to the address on
the front, send it to: Mo Div of Employment Security, P O Box 3100, Jefferson
City Mo 65102, Attn: Benefits, no later than 01-21-10. Include documentation
of the correct amount. If no objection to the wages used on the claim is
made by the date above, the determination of benefit amount will be final.

If you have work available for this claimant, you may offer it at any time
during the claimant's benefit year. Contact the Regional Claims Center
serving your area or indicate on this form if you have work to offer.

File your protest in the space below and return it to the address shown on
the reverse side.  If you are filing a protest using a company form or
letterhead, this notice must be returned with your protest. IF YOU FILE YOUR
PROTEST BY FAX, DO NOT MAIL A CONFIRMATION (OR SECOND) COPY.

Missouri Employment Security law provides for a penalty for any employer who
denies unemployment benefits by intentionally misrepresenting, misstating,
or failing to disclose any material fact.

Please provide the name of the person to contact for additional information.

_Christine Overton HR Asst_    (_501_) _862-1000_
PRINT NAME AND TITLE         TELEPHONE NUMBER

Type of work claimant performed:
Rate of pay:
Date claimant last worked: _1-8-10_
Date claimant separated from employer:
Specific reason for protesting:
(If the reason for protesting is a discharge separation, include specific
details regarding the discharge)

_Dismissed- attendance_
_Dishonesty, requested that_
_she be terminated so she_
_could draw unemployment_

MODES-2293-2

MODES-2084(02-07)
U.I.Prg.
DES-BNM011E(02-07)

Missouri Division of Employment Security
Deputy's Determination Concerning Claim for Benefits

Claimant's Name and Address:
   KELLIE   KEMP
   2502 PENNSYLVANIA AVE
   JOPLIN    MO    64804

S.S. No. 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    Issue No. 001  L.O. No. 785
Benefit Year Beginning Date of Claim......01/03/10
Effective Date of Renewed Claim...........
Employer No. 018265    Notified EMP

Employer's Name and Address:
   FLETCHER AUTOMOTIVE NO.
   20, LLC           (Ben)
   6301 FORBING RD
   LITTLE ROCK AR    72209

Date Determination Mailed..02/09/10
Deputy Name M ROSTER

Office Location:
   MO DIV OF EMPLOYMENT SECURITY
   JEFFERSON CITY MO
   PHONE:    417/895-7896

SECTION 288.050 RSMO, PROVIDES FOR DISQUALIFICATION FOR DISCHARGES FOR MISCONDUCT
CONNECTED WITH WORK.  SUCH DISQUALIFICATION CAN BE TERMINATED IF THE CLAIMANT EARNS SIX
TIMES THE WEEKLY BENEFIT AMOUNT IN INSURED WORK AFTER THE DATE OF THE DISQUALIFYING
DISCHARGE. FOR SEPARATIONS OCCURRING OCTOBER 1,2006 OR LATER, IF A CLAIMANT IS
DISQUALIFIED ON A SUBSEQUENT DISCHARGE, THE CLAIMANT WILL BE REQUIRED TO EARN SIX TIMES
THE WEEKLY BENEFIT AMOUNT IN INSURED WORK AFTER THE DATE OF EACH SUBSEQUENT DISQUALIFYING
DISCHARGE.

**DETERMINATION**
THE CLAIMANT IS NOT DISQUALIFIED BECAUSE OF THE DISCHARGE ON 01/08/10.  THE DISCHARGE WAS
NOT FOR MISCONDUCT CONNECTED WITH WORK.

**REASON**
THE CLAIMANT WAS DISCHARGED BECAUSE SHE VIOLATED THE EMPLOYER'S ATTENDANCE POLICY. THE
EMPLOYER FAILED TO PROVIDE INFORMATION WHEN REQUESTED TO VERIFY THE CLAIMANT'S ABSENCES
WERE AVOIDABLE OR NOT PROPERLY REPORTED.

**EMPLOYER INFORMATION**
his determination disqualifies the claimant and the determination is not reversed by a subsequent appeal, your account
not be charged with benefits paid the claimant after the date of this determination which are based on wages paid
r to the date of the disqualifying separation or act. Your account will not be charged if you paid the claimant $400 or
while employed by you or you are not an employer under Missouri law. Your account will not be charged if the claimant
not employed by you longer than a probationary period of 28 days and such probationary employment was reported to
Division as required by regulation. For nonprofit and governmental entities who are reimbursable employers, benefit
nts not charged as described above are chargeable.

**YOUR APPEAL RIGHT**
ju believe this determination is incorrect, you may file an appeal not later than 03/11/10. The appeal period may,
jood cause, be extended.  If your appeal is dismissed as not timely filed, an appeal to the dismissal may be filed as
ucted on the dismissal order.  An appeal may be filed by the claimant or their authorized representative. The claim-
ant's written authorization for the agent to act.  Any employee of the employer who is a party or a licensed
ney may also file an appeal.  An appeal must be mailed to Appeals Tribunal, PO Box 59, Jefferson City,
5104-0059 or faxed to (573)751-1321. If by mail, the appeal is deemed filed as of the date endorsed by the
d States Postal Service.  An appeal should give the reason the determination is incorrect and must be signed.
de the social security number of the claimant. If you do not understand the determination or how to file an
l, contact the office shown above for assistance. Additional appeal information can be found in the "Information for
rs" and "Employers' Rights and Responsibilities" pamphlets.